AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Tunheim, John R. | 2. Court or Organization<br><br>District of Minnesota | 3. Date of Report<br><br>05/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>15 United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Norwegian-American Historical Association (nonprofit organization) |
| 2. Director | Federal Bar Association, Minnesota Chapter |
| 3. Advisor, Chair | Advisory Board to the Hubert H. Humphrey School of Public Affairs at the University of Minnesota |
| 4. Regent, Chair | Concordia College, Moorhead, MN |
| 5. Member | National Advisory Council for Concordia Language Villages, Concordia College, Moorhead, MN |
| 6. Board Member | Board of Advisors, University of Minnesota Law School, Minneapolis, MN |
| 7. Member | Minnesota Law Review Alumni Advisory Board, University of Minnesota Law School |
| 8. Council Member | Govt & Public Sector Lawyers Division, American Bar Association |
| 9. Council Member, Chair | Central and European and Eurasian Law Initiative, American Bar Association |
| 10. Board Member | Rule of Law Iniative Council, American Bar Association |
| 11. Co-Chair | The Fellows of the American Bar Foundation, American Bar Foundation -- Minnesota Chapter |
| 12. Board Member and Chair | The Oslo Center for Peace and Human Rights-U.S. Foundation |
| 13. Member | Board of Trustees for the Oslo Center for Peace and Human Rights - Norway |
| 14. Board Member | The RAND Institute for Civil Justice |
| 15. Board Member | Duke Law Center for Judicial Studies Board |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/12/2016 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self employed Public Relations Consultant |
| 2. 2015 | Landscape Structures Inc., Delano, MN (Board Member compensation) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association, Government & Public Sector Lawyers Division | Feb. 6-71 | Houston, TX | Council meeting | Transportation, meals and lodging |
| 2. | American Bar Association, Rule of Law Iniative | July 31 - Aug. 2 | Chicago, IL | Board Meeting | Transportation, meals and lodging |
| 3. | American Bar Association, Rule of Law Initiative | Oct. 25-26; Dec. 3-4 | Washington, DC | Board Meeting | Transportation, meals and lodging |
| 4. | UC Hastings Collee of Law | Feb. 25-27 | San Francisco, CA | Symposium (speaker) | Transporation and lodging |
| 5. | Tulane University | April 26-28 | New Orleans, LA | Lecture (speaker) | Transportation and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/12/2016 |

| | | | | |
|---|---|---|---|---|
| 6. | RAND Institute for Civil Justice. | March 19-20 | Los Angeles, CA | Meeting | Transportation and lodging |
| 7. | Duke Law School | Nov. 8-10 | Arlington, VA | MDL CLE (teach) | Transportation, meals and lodging |
| 8. | CEELI Institute | June 4-7 | Prague, Czech Republic | Conference (speaker) | Transportation, meals and lodging |
| 9. | International Foundation for Electoral Systems | June 7-8 | Prague, Czech Republic | Meeting | Meals and lodging |
| 10. | Wyoming Trial Lawyers Association | June 23-24 | Cody, Wyoming | Meeting (speaker) | Transportation, meals and lodging |
| 11. | International Association of Defense Counsel | July 7-10 | Colorado Springs, CO | Meeting (speaker) | Transportation and lodging |
| 12. | George Washington Universtiy | Oct. 1 | Washington, DC | Seminar (speaker) | Transportation |
| 13. | U.S. Court Reporters Association | Oct. 8-11 | Park City, UT | Meeting (speaker) | Transportation and lodging |
| 14. | American Bar Association, Rule of Law Initiative | Dec. 5-10 | Bahrain, Bahrain | Conference (speaker) | Transportation and meals |
| 15. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hiway Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 2. State of Minnesota Deferred Compensation Account | A | Int./Div. | J | T | | | | | |
| 3. Honeywell Retirement Benefit Plan | A | Int./Div. | M | T | | | | | |
| 4. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 5. Schwab Advisory Cash Reserve | | None | | | Sold | 12/22/15 | J | | |
| 6. Schwab Bank Deposit | | None | J | T | Buy | 12/22/15 | J | | |
| 7. American Funds: American Balanced Fund C1 F | D | Dividend | M | T | Buy (add'l) | 02/20/15 | J | | |
| 8. American Funds: Washington Mutual Investors | B | Dividend | K | T | | | | | |
| 9. American Funds: Investment Co of America C1 F | A | Dividend | | | Buy (add'l) | 01/21/15 | J | | |
| 10. | | | | | Sold | 08/06/15 | K | D | |
| 11. PRIMECAP Odyssey Stock | A | Dividend | K | T | Buy | 08/07/15 | K | | |
| 12. Hartford MidCap C1 I | B | Dividend | K | T | Buy (add'l) | 01/21/15 | J | | |
| 13. American Funds: Capital World Growth & Income | B | Dividend | K | T | | | | | |
| 14. Royce Total Return | | None | | | Buy (add'l) | 01/21/15 | J | | |
| 15. | | | | | Sold | 02/05/15 | K | C | |
| 16. Vanguard Strategic SmallCap Equity Inv | A | Dividend | K | T | Buy | 02/06/15 | K | | |
| 17. American Funds: New World Fund | A | Dividend | J | T | Buy (add'l) | 01/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | BlackRock Global Allocation C1 A | C | Dividend | K | T | Buy (add'l) | 01/21/15 | J | | |
| 19. | Schwab Advisor Cash Reserve | | None | | | Sold | 12/22/15 | J | | |
| 20. | American Funds: Growth Fund of America | C | Dividend | K | T | | | | | |
| 21. | American Funds: Investment Co. of America C1 R3 | C | Dividend | K | T | | | | | |
| 22. | American Funds: EuroPacific Growth Fund | A | Dividend | K | T | | | | | |
| 23. | American Funds: American Balanced CL R3 | C | Dividend | K | T | | | | | |
| 24. | American Funds: Bond Fund of America | A | Dividend | K | T | | | | | |
| 25. | Vanguard Selected Value | B | Dividend | K | T | | | | | |
| 26. | American Funds: Bond Fund of America Cl a [edj] | A | Dividend | J | T | | | | | |
| 27. | American Funds: Capital Incom Bldr Fund A [edj] | A | Dividend | J | T | | | | | |
| 28. | American Funds: Capital World Grw & Inc Fund A[edj] | A | Dividend | J | T | | | | | |
| 29. | American Funds: Washington Mutual Invs Fd Cl A [edj] | A | Dividend | J | T | | | | | |
| 30. | Thrivent Financial for Lutherans: Deferred Income | B | Interest | K | T | | | | | |
| 31. | farmland, Marshall County, MN | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **John R. Tunheim**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544